**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Mario Aliano, et al.
                          Plaintiff,

v.                                            Case No.: 1:14–cv–10086
                                                     Honorable Samuel Der–Yeghiayan

Fifth Generation, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 28, 2015:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: The Court's previous order dated 01/28/15 [14] is hereby amended as follows: Plaintiffs' response to Defendant's motion to dismiss shall be filed by 02/27/15. The remainder of the order stands. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.